**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **VISTA PEAK VENTURES, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**XIANYANG CAIHONG OPTOELECTRONICS TECHNOLOGY CO., LTD., HISENSE CO. LTD., HISENSE VISUAL TECHNOLOGY CO., LTD., HISENSE INTERNATIONAL CO., LTD., HISENSE IMPORT & EXPORT CO. LTD., HISENSE INTERNATIONAL (HK) CO., LTD., HISENSE ELECTRONICA MEXICO S.A. DE C.V., AND HISENSE INTERNATIONAL (HONG KONG) AMERICA INVESTMENTS CO., LTD.,**<br><br>**Defendants.** | § § § § § § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED**<br><br>**CIVIL ACTION NOS.**<br>**2:21-CV-262-JRG (Lead Case)**<br>**2:21-CV-260-JRG (Member Case)**<br>**2:21-CV-263-JRG (Member Case)** |

**P.R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to Patent Rule 4-3 and the Court's Docket Control Order (Dkt. 60), Plaintiff Vista Peak Ventures, LLC ("VPV") and Defendants Hisense Co. Ltd., Hisense Visual Technology Co., Ltd., Hisense International Co., Ltd., Hisense Import & Export Co. Ltd., Hisense International (HK) Co., Ltd., Hisense Electronica Mexico S.A. de C.V., and Hisense International (Hong Kong) America Investments Co., Ltd. (collectively, "Hisense") hereby file this Joint Claim Construction and Prehearing Statement.

## I. TERMS ON WHICH THE PARTIES AGREE [P.R. 4-3(a)(1)]

In accordance with Patent Rule 4-2(c), the parties met and conferred to narrow the list of disputed claim terms and phrases from their P.R. 4-1 lists and P.R. 4-2 exchange of preliminary

claim construction and extrinsic evidence. Although the parties were able to narrow the number of terms, the parties were unable to reach an agreement on the meaning of any of the claim terms or phrases that remain.

## II. PROPOSED CONSTRUCTIONS FOR DISPUTED TERMS [P.R. 4-3(a)(2)]

**Exhibit A** sets forth VPV's and Hisense's proposed respective constructions of each disputed claim term or phrase of the patents-in-suit. Included in **Exhibit A** is an identification of all references from the specification and prosecution history that each party believes supports its position and an identification of the extrinsic evidence known to each party on which each party intends to rely either to support its position or to oppose another party's position.

## III. CLAIM CONSTRUCTION HEARING LENGTH [P.R. 4-3(a)(3)]

The parties propose 3 hours for the claim construction hearing with time being split equally between VPV and Hisense.

## IV. WITNESSES, INCLUDING EXPERTS, FOR THE CLAIM CONSTRUCTION HEARING [P.R. 4-3(a)(4)]

The parties do not expect to present live testimony of witnesses at the Claim Construction Hearing. As noted in **Exhibit A**, the parties may submit expert declarations from Dr. Miltiadis K. Hatalis (in support of VPV) and Mr. Richard A. Flasck, (in support of Hisense). The parties will serve their respective disclosures of expert testimony as provided in P.R. 4-3(b).

## V. OTHER ISSUES [P.R. 4-3(a)(5)]

The parties are currently unaware of any other issues which might appropriately be taken up at a prehearing conference prior to the Claim Construction Hearing.

Dated: April 13, 2023

Respectfully submitted,

/s/*David T. DeZern*

Patrick J. Conroy
Texas Bar No. 24012448
T. William Kennedy Jr.
Texas Bar No. 24055771
Jon Rastegar
Texas Bar No. 24064043
John Murphy
Texas Bar No. 24056024
David T. DeZern
Texas Bar No. 24059677
Nelson Bumgardner Conroy PC
2727 N. Harwood St. #250
Dallas, TX 75201
Tel: (214) 446-4950
pat@nelbum.com
bill@nelbum.com
jon@nelbum.com
murphy@nelbum.com
david@nelbum.com
Attorneys for Plaintiff
Vista Peak Ventures, LLC

***Attorneys for Plaintiff***
***Vista Peak Ventures, LLC***

/s/*Michael R. Ruckheim (with permission by David T. DeZern)*

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
Kelly C. Hunsaker
Khunsaker@winston.com
WINSTON & STRAWN
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Ya-Chiao Chang
State Bar No. 24070992
YChang@winston.com
WINSTON & STRAWN
c/o Yuanda China Law Offices
28th Floor Jin Mao Building
88 Century Avenue
Shanghai 200121
China
Telephone: +86 (21) 2208-2600
Facsimile: +86 (21) 5298-5262

Dillon Kellerman
Pro Hac Vice (to be submitted)
dkellerman@winston.com
WINSTON & STRAWN
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

***Counsel for Hisense Defendants***

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on April 13, 2023.

*/s/David T. DeZern*