**EXHIBIT A: Disputed Claim Terms and Evidence**

| **U.S. Patent No. 6,594,143** | | | | |
|---|---|---|---|---|
| **Ref.** | **Claim No.(s)** | **Claim Term** | **VPV Proposed Construction & Evidence** | **Hisense Proposed Construction & Evidence** |
| **1.** | 1 | "at least one screw to fix said liquid crystal module to said frame member" | No construction necessary. VPV proposes that the term be construed in accordance with its plain and ordinary meaning.<br><br>**INTRINSIC EVIDENCE**<br>Figs. 1-17, 21; cols. 1:18-2:67; 4:24-5:37; 5:43-47; 5:57-7:55; 8:12-21; 8:29-31; 8:59-9:9; 9:23-10:24; 10:43-67; 11:19-22:11:34-45; 11:56-12:51; 13:4-39; 14:66-15:2; 15:23-44; 16:7-64; 17:16-20; 17:34-19:21; 21:38-40; 22:25-23:33; and the file wrapper history, including but not limited to pages VPV_HISENSE002723-2727; -2736-2740; -2742-47; -2752-2757, -2762-66; -2777-2783.<br><br>**EXTRINSIC EVIDENCE**<br>Potential testimony of Dr. Miltiadis K. Hatalis. If asked to testify, Dr. Hatalis would testify as to subject areas described in his declaration as they pertain to this claim term/phrase, including how this term/phrase would be understood by one of skill in the art at the time of the invention. | "at least one screw to fix said liquid crystal module to said frame member, wherein using the at least one screw allows attaching the liquid crystal module to said frame member without taking up additional front display area to attach the liquid crystal module so that the front display area of the liquid crystal module is increased to a maximum value without limitation"<br><br>Intrinsic/Extrinsic Evidence: Expert declaration of Richard Flasck submitted including references and citations submitted therein (Exhibit 1).<br><br>and<br><br>Phillip A. Laplante, "Frontmatter": Electrical Engineering Dictionary, CRC PRESS LLC, 2000. |

**EXHIBIT A: Disputed Claim Terms and Evidence**

| U.S. Patent No. 6,657,619 | | | | |
|---|---|---|---|---|
| **Ref.** | **Claim No.(s)** | **Claim Term** | **VPV Proposed Construction & Evidence** | **Hisense Proposed Construction & Evidence** |
| **2.** | 1 | "clamping circuit" | No construction necessary. VPV contends that the preamble is not limiting and proposes that the term be construed in accordance with its plain and ordinary meaning.<br><br>This claim term should not be governed by 35 U.S.C. § 112(6). But, should the Court determine that this claim term should be governed by 35 U.S.C. § 112(6), then VPV identifies that one or more of the following structure(s), act(s), or materials correspond to this claim term:<br><br>**Structure**:<br>Figs. 1, 4, and cols. 1:33-35, 1:49-52, 5:43-57, and/or equivalents thereof.<br>**Function**: providing a clamping function as specified in the limitations of the claim<br><br>**INTRINSIC EVIDENCE**<br>Figs. 1, 4; and cols. 1:33-35, 1:49-52, 5:43-57; and the file wrapper history, including but not limited to pages VPV_HISENSE003100-102. | Preamble is limiting<br>Indefinite under § 112 ¶ 6<br>Function: fixing either the minima or the maxima of a voltage<br>Structure: None<br>Intrinsic/Extrinsic Evidence: Expert declaration of Richard Flasck submitted including references and citations submitted therein (Exhibit 1).<br>and<br>Phillip A. Laplante, "Frontmatter": Electrical Engineering Dictionary, CRC PRESS LLC, 2000. |

**EXHIBIT A: Disputed Claim Terms and Evidence**

| U.S. Patent No. 6,657,619 | | | | |
|---|---|---|---|---|
| **Ref.** | **Claim No.(s)** | **Claim Term** | **VPV Proposed Construction & Evidence** | **Hisense Proposed Construction & Evidence** |
| | | | **<u>EXTRINSIC EVIDENCE</u>**<br>Potential testimony of Dr. Miltiadis K. Hatalis. If asked to testify, Dr. Hatalis would testify as to subject areas described in his declaration as they pertain to this claim term/phrase, including how this term/phrase would be understood by one of skill in the art at the time of the invention.<br>VPV__CC_000001-12: McGraw-Hill Dictionary of Electrical & Computer Engineering (2004): clamping circuit, clamp; The Authoritative Dictionary of IEEE Standards Terms 7th Ed. (2000): clamping circuit, clamp; McGraw-Hill Electronics Dictionary 6th Ed. (1997): clamping, clamping circuit, clamping voltage; McGraw-Hill Dictionary of Scientific and Technical Terms 6th Ed. (2003): clamping,clamping circuit | |
| **3.** | 1 | "clamp units for receiving a plurality of input color signals . . . for receiving said input color signal" | No construction necessary. VPV proposes that the term be construed in accordance with its plain and ordinary meaning.<br><br>This claim term should not be governed by 35 U.S.C. § 112(6). But, should the Court | Indefinite under § 112 ¶ 6<br>Function: for receiving said color input signal<br>Structure: None |

**EXHIBIT A: Disputed Claim Terms and Evidence**

| U.S. Patent No. 6,657,619 | | | | |
|---|---|---|---|---|
| **Ref.** | **Claim No.(s)** | **Claim Term** | **VPV Proposed Construction & Evidence** | **Hisense Proposed Construction & Evidence** |
| | | | determine that this claim term should be governed by 35 U.S.C. § 112(6), then VPV identifies that one or more of the following structure(s), act(s), or materials correspond to this claim term:<br><br>**Structure**:<br>Figs. 1, 2, 4, 5; and cols. 1:55-63, 2:1-17, 2:45-49, 2:51-57; 3:56-65, 4:3-11, 6:7-58, 9:64-10:4 and/or equivalents thereof.<br><br>**Function**: receiving a plurality of input color signals of an input picture signal after deleting a DC bias from each of said input color signals to produce a plurality of clamped color signals, respectively, by adding a predetermined clamping voltage corresponding to a pedestal level of said input picture signal to each of said input color signals<br><br>**<u>INTRINSIC EVIDENCE</u>**<br>Figs. 1, 2, 4, 5; and cols. 1:55-63, 2:1-17, 2:51-57; 6:7-58; 6:60-7; 7:46-8:37; 9:26-60; 9:64-10:11 and the file wrapper history, including but not limited to pages VPV_HISENSE003100-102. | Intrinsic/Extrinsic Evidence: Expert declaration of Richard Flasck submitted including references and citations submitted therein (Exhibit 1).<br><br>and<br><br>Phillip A. Laplante, "Frontmatter": Electrical Engineering Dictionary, CRC PRESS LLC, 2000. |

**EXHIBIT A: Disputed Claim Terms and Evidence**

| **U.S. Patent No. 6,657,619** | | | | |
|---|---|---|---|---|
| **Ref.** | **Claim No.(s)** | **Claim Term** | **VPV Proposed Construction & Evidence** | **Hisense Proposed Construction & Evidence** |
| | | | **EXTRINSIC EVIDENCE**<br>Potential testimony of Dr. Miltiadis K. Hatalis. If asked to testify, Dr. Hatalis would testify as to subject areas described in his declaration as they pertain to this claim term/phrase, including how this term/phrase would be understood by one of skill in the art at the time of the invention.<br>VPV__CC_000001-12: McGraw-Hill Dictionary of Electrical & Computer Engineering (2004): clamping circuit, clamp; The Authoritative Dictionary of IEEE Standards Terms 7th Ed. (2000): clamping circuit, clamp; McGraw-Hill Electronics Dictionary 6th Ed. (1997): clamping, clamping circuit, clamping voltage; McGraw-Hill Dictionary of Scientific and Technical Terms 6th Ed. (2003): clamping, clamping circuit | |
| **4.** | 1 | "clamp units being provided with a clamping portion for receiving said input color signal" | No construction necessary. VPV proposes that the term be construed in accordance with its plain and ordinary meaning.<br><br>This claim term should not be governed by 35 U.S.C. § 112(6). But, should the Court | Indefinite under § 112 ¶ 6<br>Function: for receiving said color input signal<br>Structure: None |

EXHIBIT A: Disputed Claim Terms and Evidence

| U.S. Patent No. 6,657,619 | | | | |
|---|---|---|---|---|
| **Ref.** | **Claim No.(s)** | **Claim Term** | **VPV Proposed Construction & Evidence** | **Hisense Proposed Construction & Evidence** |
| | | | determine that this claim term should be governed by 35 U.S.C. § 112(6), then VPV identifies that one or more of the following structure(s), act(s), or materials correspond to this claim term:<br><br>**Structure**:<br>Figs. 1, 2, 4, 5, 9; and cols. 1:55-63, 2:1-17, 2:51-62; 6:7-58, 4:3-15, 4:26-28, 6:7-13, 6:33-41, 6:66-7:4, 7:20-25, 7:54-60, 8:3-37, 9:41-47, 9:64-10:5<br><br>**Function**: receiving said input color signal and and generating said clamped color signal such that a black level of said clamped color signal coincides with a black level in an input/output characteristic of said gamma-correction circuit<br><br>**INTRINSIC EVIDENCE**<br>Figs. 1, 2, 4, 5; and cols. 1:55-63, 2:1-17, 2:51-57; 6:7-58; 6:60-7; 7:46-8:37; 9:26-60; 9:64-10:11 and the file wrapper history, including but not limited to pages VPV_HISENSE003100-102.<br><br>**EXTRINSIC EVIDENCE** | Intrinsic/Extrinsic Evidence: Expert declaration of Richard Flasck submitted including references and citations submitted therein (Exhibit 1).<br><br>and<br><br>Phillip A. Laplante, "Frontmatter": Electrical Engineering Dictionary, CRC PRESS LLC, 2000. |

**EXHIBIT A: Disputed Claim Terms and Evidence**

| U.S. Patent No. 6,657,619 | | | | |
|---|---|---|---|---|
| **Ref.** | **Claim No.(s)** | **Claim Term** | **VPV Proposed Construction & Evidence** | **Hisense Proposed Construction & Evidence** |
| | | | Potential testimony of Dr. Miltiadis K. Hatalis. If asked to testify, Dr. Hatalis would testify as to subject areas described in his declaration as they pertain to this claim term/phrase, including how this term/phrase would be understood by one of skill in the art at the time of the invention.<br>VPV__CC_000001-12: McGraw-Hill Dictionary of Electrical & Computer Engineering (2004): clamping circuit, clamp; The Authoritative Dictionary of IEEE Standards Terms 7th Ed. (2000): clamping circuit, clamp; McGraw-Hill Electronics Dictionary 6th Ed. (1997): clamping, clamping circuit, clamping voltage; McGraw-Hill Dictionary of Scientific and Technical Terms 6th Ed. (2003): clamping,clamping circuit | |
| **5.** | 1 | "after deleting a DC bias from each of said input color signals to produce a plurality of clamped color signals, respectively, by adding a predetermined clamping voltage corresponding to a | No construction necessary. VPV proposes that the term be construed in accordance with its plain and ordinary meaning.<br><br>**<u>INTRINSIC EVIDENCE</u>**<br>Figs. 4, 5, 6, 10; and cols. 6:59-7:7; 9:18-10:11; | Indefinite<br>Intrinsic/Extrinsic Evidence: Expert declaration of Richard Flasck submitted including references and citations submitted therein (Exhibit 1).<br>and |

**EXHIBIT A: Disputed Claim Terms and Evidence**

| U.S. Patent No. 6,657,619 | | | | |
|---|---|---|---|---|
| **Ref.** | **Claim No.(s)** | **Claim Term** | **VPV Proposed Construction & Evidence** | **Hisense Proposed Construction & Evidence** |
| | | pedestal level of said input picture signal to each of said input color signals" | and the file wrapper history, including but not limited to pages VPV_HISENSE003100-102.<br><br>**<u>EXTRINSIC EVIDENCE</u>**<br>Potential testimony of Dr. Miltiadis K. Hatalis. If asked to testify, Dr. Hatalis would testify as to subject areas described in his declaration as they pertain to this claim term/phrase, including how this term/phrase would be understood by one of skill in the art at the time of the invention.<br>VPV__CC_000001-12: McGraw-Hill Dictionary of Electrical & Computer Engineering (2004): clamping circuit, clamp; The Authoritative Dictionary of IEEE Standards Terms 7th Ed. (2000): clamping circuit, clamp; McGraw-Hill Electronics Dictionary 6th Ed. (1997): clamping, clamping circuit, clamping voltage; McGraw-Hill Dictionary of Scientific and Technical Terms 6th Ed. (2003): clamping,clamping circuit | Phillip A. Laplante, "Frontmatter": Electrical Engineering Dictionary, CRC PRESS LLC, 2000. |
| **6.** | 1 | "a plurality of gamma-correction circuits connected to said clamp | No construction necessary. VPV proposes that the term be construed in accordance with its plain and ordinary meaning. | Indefinite under § 112 ¶ 6 |

**EXHIBIT A: Disputed Claim Terms and Evidence**

| U.S. Patent No. 6,657,619 | | | | |
|---|---|---|---|---|
| **Ref.** | **Claim No.(s)** | **Claim Term** | **VPV Proposed Construction & Evidence** | **Hisense Proposed Construction & Evidence** |
| | | units for receiving said clamped color signals respectively, and for performing a predetermined gamma correction and amplification on each of said clamped color signals to produce output color signals, respectively" | This claim term should not be governed by 35 U.S.C. § 112(6). But, should the Court determine that this claim term should be governed by 35 U.S.C. § 112(6), then VPV identifies that one or more of the following structure(s), act(s), or materials correspond to this claim term:<br><br>**Structure**:<br>Figs. 1, 4; and cols. 1:49-67, 5:47-57, 8:37-44 and/or equivalents thereof.<br><br>**Function**: performing a predetermined gamma correction and amplification on each of said clamped color signals to produce output color signals, respectively<br><br>**INTRINSIC EVIDENCE**<br>Figs. 1, 2, 3 4, 5, 7; and cols. 1:49-63, 2:1-17, 2:51-57; 5:47-57, 6:7-58; 6:60-7; 8:37-8:65; 9:26-60; 9:64-10:11 and the file wrapper history, including but not limited to pages VPV_HISENSE003100-102.<br><br>**EXTRINSIC EVIDENCE** | Function: for receiving said clamped color signals respectively, and for performing a predetermined gamma correction and amplification on each of said clamped color signals to produce output color signals, respectively<br><br>Structure: None<br><br>Intrinsic/Extrinsic Evidence: Expert declaration of Richard Flasck submitted including references and citations submitted therein (Exhibit 1).<br><br>and<br><br>Phillip A. Laplante, "Frontmatter": Electrical Engineering Dictionary, CRC PRESS LLC, 2000. |

**EXHIBIT A: Disputed Claim Terms and Evidence**

| **U.S. Patent No. 6,657,619** | | | | |
|---|---|---|---|---|
| **Ref.** | **Claim No.(s)** | **Claim Term** | **VPV Proposed Construction & Evidence** | **Hisense Proposed Construction & Evidence** |
| | | | Potential testimony of Dr. Miltiadis K. Hatalis. If asked to testify, Dr. Hatalis would testify as to subject areas described in his declaration as they pertain to this claim term/phrase, including how this term/phrase would be understood by one of skill in the art at the time of the invention. | |
| **7.** | 1 | "clamping portion being supplied with said clamping voltage so as to add said clamping voltage to said pedestal level in a predetermined timing of said input color signal in response to a second control signal supplied thereto" | No construction necessary. VPV proposes that the term be construed in accordance with its plain and ordinary meaning.<br><br>This claim term should not be governed by 35 U.S.C. § 112(6). But, should the Court determine that this claim term should be governed by 35 U.S.C. § 112(6), then VPV identifies that one or more of the following structure(s), act(s), or materials correspond to this claim term:<br><br>**Structure**:<br>Figs. 1, 4, 5, 9; and cols. 2:1-17, 2:57-62, 6:7-42, 8:3-37, 9:64-66 and/or equivalents thereof. | Indefinite under § 112 ¶ 6<br><br>Function: being supplied with said clamping voltage so as to add said clamping voltage to said pedestal level in a predetermined timing of said input color signal in response to a second control signal supplied thereto<br><br>Structure: None<br><br>Intrinsic/Extrinsic Evidence: Expert declaration of Richard Flasck submitted including references and citations submitted therein (Exhibit 1).<br><br>and |

EXHIBIT A: Disputed Claim Terms and Evidence

| U.S. Patent No. 6,657,619 | | | | |
|---|---|---|---|---|
| **Ref.** | **Claim No.(s)** | **Claim Term** | **VPV Proposed Construction & Evidence** | **Hisense Proposed Construction & Evidence** |
| | | | **Function**: being supplied with said clamping voltage so as to add said clamping voltage to said pedestal level<br><br>**INTRINSIC EVIDENCE**<br>Figs. 1, 4, 5, 8, 9, 10; and cols. 2:1-17, 2:57-62, 6:59-7:67; 8:3-37; 9:15-10:19; and the file wrapper history, including but not limited to pages VPV_HISENSE003100-102.<br><br>**EXTRINSIC EVIDENCE**<br>Potential testimony of Dr. Miltiadis K. Hatalis. If asked to testify, Dr. Hatalis would testify as to subject areas described in his declaration as they pertain to this claim term/phrase, including how this term/phrase would be understood by one of skill in the art at the time of the invention.<br>VPV__CC_000001-12: McGraw-Hill Dictionary of Electrical & Computer Engineering (2004): clamping circuit, clamp; The Authoritative Dictionary of IEEE Standards Terms 7th Ed. (2000): clamping circuit, clamp; McGraw-Hill Electronics Dictionary 6th Ed. (1997): | Phillip A. Laplante, “Frontmatter”: Electrical Engineering Dictionary, CRC PRESS LLC, 2000. |

**EXHIBIT A: Disputed Claim Terms and Evidence**

| **U.S. Patent No. 6,657,619** | | | | |
|---|---|---|---|---|
| **Ref.** | **Claim No.(s)** | **Claim Term** | **VPV Proposed Construction & Evidence** | **Hisense Proposed Construction & Evidence** |
| | | | clamping, clamping circuit, clamping voltage; McGraw-Hill Dictionary of Scientific and Technical Terms 6th Ed. (2003): clamping,clamping circuit | |

**EXHIBIT A: Disputed Claim Terms and Evidence**

| **U.S. Patent No. 7,006,065** | | | | |
|---|---|---|---|---|
| **Ref.** | **Claim No.(s)** | **Claim Term** | **VPV Proposed Construction & Evidence** | **Hisense Proposed Construction & Evidence** |
| **8.** | 9 | "gamma compensating circuit for applying a gamma compensation only to a [red/green/blue] video signal so as to be suitable only for a [red/green/blue] transmittance characteristic for an independently applied voltage in said color liquid crystal display and for outputting only a compensated [red/green/blue] video signal" | No construction necessary. VPV proposes that the term be construed in accordance with its plain and ordinary meaning.<br><br>This claim term should not be governed by 35 U.S.C. § 112(6). But, should the Court determine that this claim term should be governed by 35 U.S.C. § 112(6), then VPV identifies that one or more of the following structure(s), act(s), or materials correspond to this claim term:<br><br>**Structure**:<br>Figs. 1, 2, 6, 12, 19, cols. 1:39-46, 12:43-13:49, 16:22-24; and/or equivalents thereof.<br><br>**Function**: applying a gamma compensation only to a [red/green/blue] transmittance characteristic<br><br>**INTRINSIC EVIDENCE**<br>Figs. 1, 2, 6, 12, 19, cols. 1:39-46, 12:43-13:49; 15:8-60, 16:22-24, 18:24-44, 18:59-63; and the file wrapper history, including | Indefinite under § 112 ¶ 6<br><br>Function: applying gamma compensation only to a [red/green/blue] video signal so as to be suitable only for a [red/green/blue] transmittance characteristic for an independently applied voltage in said color liquid crystal display and for outputting only a compensated [red/green/blue] video signal<br><br>Structure: None, alternatively: the circuit shown in Figure 2<br><br>Intrinsic/Extrinsic Evidence: Expert declaration of Richard Flasck submitted including references and citations submitted therein (Exhibit 1).<br><br>and<br><br>Phillip A. Laplante, "Frontmatter": Electrical Engineering Dictionary, CRC PRESS LLC, 2000. |

**EXHIBIT A: Disputed Claim Terms and Evidence**

| **U.S. Patent No. 7,006,065** | | | | |
|---|---|---|---|---|
| **Ref.** | **Claim No.(s)** | **Claim Term** | **VPV Proposed Construction & Evidence** | **Hisense Proposed Construction & Evidence** |
| | | | but not limited to pages VPV_HISENSE001217-1224.<br><br>**<u>EXTRINSIC EVIDENCE</u>**<br><br>Potential testimony of Dr. Miltiadis K. Hatalis. If asked to testify, Dr. Hatalis would testify as to subject areas described in his declaration as they pertain to this claim term/phrase, including how this term/phrase would be understood by one of skill in the art at the time of the invention. | |
| **9.** | 9 | "data electrode driving circuit for driving corresponding electrodes of said color liquid crystal display based on said compensated red video signal, said compensated green video signal and said compensated blue video signal" | No construction necessary. VPV proposes that the term be construed in accordance with its plain and ordinary meaning.<br><br>This claim term should not be governed by 35 U.S.C. § 112(6). But, should the Court determine that this claim term should be governed by 35 U.S.C. § 112(6), then VPV identifies that one or more of the following structure(s), act(s), or materials correspond to this claim term:<br><br>**Structure**: | Indefinite under § 112 ¶ 6<br><br>Function: controlling corresponding electrodes of said color liquid crystal display on based on said compensated red video signal, said compensated green video signal and said compensated blue video signal<br><br>Structure: None, alternatively: the circuits shown in Fig 9, 12, and 15<br><br>Intrinsic/Extrinsic Evidence: Expert declaration of Richard Flasck submitted |

**EXHIBIT A: Disputed Claim Terms and Evidence**

| U.S. Patent No. 7,006,065 | | | | |
|---|---|---|---|---|
| **Ref.** | **Claim No.(s)** | **Claim Term** | **VPV Proposed Construction & Evidence** | **Hisense Proposed Construction & Evidence** |
| | | | Figs. 1, 6, 7, 8, 9, 11, 12, 14, 15, 19, 20, 21 cols. 1:17-19, 2:62-65, 3:22-30, 12:36-55; 18:59-67; 20:5-34; 20:18-65; 23:5-35; 23:54-62; 25:20-41; and/or equivalents thereof.<br><br>**Function**: driving corresponding electrodes of said color liquid crystal display<br><br>**INTRINSIC EVIDENCE**<br>Figs. 1, 4; and cols. 1:33-35, 1:49-52, 5:43-57; and the file wrapper history, including but not limited to pages VPV_HISENSE001217-1224.<br><br>**EXTRINSIC EVIDENCE**<br>Potential testimony of Dr. Miltiadis K. Hatalis. If asked to testify, Dr. Hatalis would testify as to subject areas described in his declaration as they pertain to this claim term/phrase, including how this term/phrase would be understood by one of skill in the art at the time of the invention. | including references and citations submitted therein (Exhibit 1).<br><br>and<br><br>Phillip A. Laplante, "Frontmatter": Electrical Engineering Dictionary, CRC PRESS LLC, 2000. |

**EXHIBIT A: Disputed Claim Terms and Evidence**

| **U.S. Patent No. 7,006,065** | | | | |
|---|---|---|---|---|
| **Ref.** | **Claim No.(s)** | **Claim Term** | **VPV Proposed Construction & Evidence** | **Hisense Proposed Construction & Evidence** |
| **10.** | 9 | "provide optimum gamma compensation based on the luminosity characteristics of each color" | No construction necessary; this claim language does not require construction and should be accorded its plain and ordinary meaning as understood by one of ordinary skill in the art.<br><br>In the alternative, this phrase means "compensating the video signal based on the luminosity characteristics of each color to obtain a reproduced image of good gradation as a whole system for a color liquid crystal display"<br><br>**INTRINSIC EVIDENCE**<br>Figs. 1, 5, 6, 7, 8, 9, 11, 12, 14, 15, 19, 20, 21, 23, 25, cols. 1:17-19, 2:3-33, 2:62-65, 3:22-25, 4:1-62, 12:36-13:8; 18:59-67; 20:5-34; 20:18-65; 23:5-35; 23:54-62; 25:20-41, 28:22-34; and the file wrapper history, including but not limited to pages VPV_HISENSE001217-1224.<br><br>**EXTRINSIC EVIDENCE**<br>Potential testimony of Dr. Miltiadis K. Hatalis. If asked to testify, Dr. Hatalis would testify as to subject areas described in his declaration as they pertain to this | Indefinite<br><br>Intrinsic/Extrinsic Evidence: Expert declaration of Richard Flasck submitted including references and citations submitted therein (Exhibit 1).<br><br>and<br><br>Phillip A. Laplante, "Frontmatter": Electrical Engineering Dictionary, CRC PRESS LLC, 2000. |

**EXHIBIT A: Disputed Claim Terms and Evidence**

| **U.S. Patent No. 7,006,065** | | | | |
|---|---|---|---|---|
| **Ref.** | **Claim No.(s)** | **Claim Term** | **VPV Proposed Construction & Evidence** | **Hisense Proposed Construction & Evidence** |
| | | | claim term/phrase, including how this term/phrase would be understood by one of skill in the art at the time of the invention. | |

**EXHIBIT A: Disputed Claim Terms and Evidence**

| U.S. Patent No. 6,513,943 | | | | |
|---|---|---|---|---|
| **Ref.** | **Claim No.(s)** | **Claim Term** | **VPV Proposed Construction & Evidence** | **Hisense Proposed Construction & Evidence** |
| **11.** | 1 | "transparent reinforcing plate in intimate contact with a major surface of said optical sheet" | No construction necessary; this claim language does not require construction and should be accorded its plain and ordinary meaning as understood by one of ordinary skill in the art.<br><br>**INTRINSIC EVIDENCE**<br>Figs. 3, 4; cols. 4:29-44, 4:50-53; 5:5-6:9; 6:26-53; and the file wrapper history, including but not limited to pages VPV_HISENSE002279-2281.<br><br>**EXTRINSIC EVIDENCE**<br>Potential testimony of Dr. Miltiadis K. Hatalis. If asked to testify, Dr. Hatalis would testify as to subject areas described in his declaration as they pertain to this claim term/phrase, including how this term/phrase would be understood by one of skill in the art at the time of the invention. | Indefinite<br><br>OR<br><br>"A clear substate that holds the optical sheet in place"<br><br>Intrinsic/Extrinsic Evidence: Expert declaration of Richard Flasck submitted including references and citations submitted therein (Exhibit 1). |